SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 23-01416MB

☒ FILED  ☐ LODGED
Apr 11 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 02-07-2023 | FEB 7th 2023 10:30 AM | SBPA-I SHAWN SMALLRIDGE |

**INVENTORY MADE IN THE PRESENCE OF**
SBPA SHAWN SMALLRIDGE

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**
EXCTRACTION of "TARGET Phone 1"

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2-9-23

_____
Executing Officer's Signature

CHAD EASTERDAY Border Patrol Agent
Printed Name and Title